McCONNELL, J.,
concurring.
I am not necessarily convinced that, “[a]bsent direct evidence of tampering or purposeful discrimination, ... when a court is presented with evidence of comparative and absolute disparities, and those disparities fall within our accepted range, a court need not look further into other statistical methods,” as the majority holds, Maj. Op. 799, especially where expert testimony indicates that there exist low cost, but effective, means by which disparities could be significantly reduced, even without resorting to sources other than voter registration lists. But I am convinced that the great weight of this Circuit’s precedent points in that direction, and that defense counsel cannot be thought to have provided constitutionally ineffective assistance on account of devoting his energies to other more promising lines of defense. I therefore concur in the judgment.